UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL        JS-6

| | |
|---|---|
| Case No. | **ED CV 13-0050-TJH(OPx)** |
| Date | JULY 10, 2013 |

| | |
|---|---|
| Title | ROSELIA LOPEZ v. MILESTONE LAW GROUP, ET AL |

| | |
|---|---|
| Present: The Honorable | TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE |

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**     **(IN CHAMBERS)    ORDER AND NOTICE TO ALL PARTIES**

In light of the notice of settlement, filed March 26, 2013, indicating that the case has settled in its entirety, this action is placed in inactive status.

It is therefore ordered that this action is hereby dismissed without prejudice.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. [JS-6]

IT IS SO ORDERED.